U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV 6169
JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

In the Matter of

Trustees of the Pension, Welfare and Vacation Fringe Benefit Funds of IBEW Local 701,
v.
Reece Electric, Inc., an Illinois corporation and Linda Reece, individually,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS,

FILED
Nov. 1, 2007
NOV 0 1 2007   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) JOHN F. ETZKORN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John F. Etzkorn | |
| FIRM ARNOLD AND KADJAN | |
| STREET ADDRESS 19 W. JACKSON BLVD., SUITE 300 | |
| CITY/STATE/ZIP CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 757535 | TELEPHONE NUMBER 312-236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |