AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE PENSION, WELFARE
AND VACATION FRINGE BENEFIT FUNDS
OF IBEW LOCAL 701,

**ALIAS SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:     **07 CV 6169**

REECE ELECTRIC, INC., an Illinois corporation
and LINDA REECE, individually,

ASSIGNED JUDGE:     **BUCKLO**

DESIGNATED
MAGISTRATE JUDGE:  **ASHMAN**

TO: (Name and address of Defendant)

**REEECE ELECTRIC, INC., an Illinois corporation**
**c/o Robert V. Borla, its registered agent**
**6912 Main Street, 2nd Floor**
**Downers Grove, IL  60516**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NOV 0 7 2007

_____        _____
(By) DEPUTY CLERK                                                         DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/13/07 @ 10:50am |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Serve |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Serval Reece Electric Inc
 % Reg Agent Robert Borla at law office 6912 Man St. 2nd fl
 Downer Grove IL 60516  (W/M 55-60, bald)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/13/07
_____
Date

_____
*Signature of Server*

```
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR.STE208
PARK RIDGE IL 60068
```
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.