IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC. Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| Defendants. | ) ) | Magistrate Judge: Ashman |

**MOTION FOR DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, JOHN F. ETZKORN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in a Sum Certain in favor of Plaintiffs and against Defendants, REECE ELECTRIC, INC. Illinois Corporation ("REECE") and LINDA REECE, Individually ("L. REECE"), in the amount of $162,729.62.

In support of their motion, thereof, Plaintiffs state as follows:

1. This case was filed on November 1, 2007.

2. Defendants REECE, an Illinois corporation were served on November 13, 2007 c/o Robert V. Borla, as registered agent, and Linda Reece, individually was served on November 13, 2007 and have not appeared or answered within the time allowed by law.

3. Pursuant to the Affidavit of Patrick Zak, attached hereto, REECE owes plaintiffs of $161,079.62 consisting of $71,434.99 for unpaid reports May through August 2007, $7,143.50 for liquidated damages and $82,501.13 for accumulated liquidated damages.

4. Pursuant to the Affidavit of John F. Etzkorn, attached hereto, the Plaintiffs have incurred $1,650.00 in reasonable attorneys' fees and costs in the course of prosecuting this

action, and such fees and costs are required to be paid by Defendants pursuant to the applicable trust agreements and pursuant to ERISA at 29 U.S.C. Section 1132(g)(2).

WHEREFORE, Plaintiffs request this Court for relief as follows:

A.  Enter judgment in favor of Plaintiffs and against Defendants, REECE and L.REECE, in the sum of $162,729.62 consisting of $71,434.99 for unpaid reports May through August 2007, $7,143.50 for liquidated damages and $82,501.13 for accumulated liquidated damages, plus $1,650.00 in attorneys' fees and costs.

> TRUSTEES OF THE N.E.C.A. -
> IBEW LOCAL 176 HEALTH, WELFARE,
> PENSION, VACATION, AND TRAINING
> TRUST FUNDS,
>
> By:_____s/ John F. Etzkorn_____
> One of their Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415