IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07 CV 4993 |
| JERSON ELECTRIC CORPORATION, an Illinois Corporation, and GERALD L. BELL, Individually, | ) ) ) | Judge: Bucklo |
| Defendants. | ) | |

## AFFIDAVIT

JOHN F. ETZKORN, being first duly sworn, on oath deposes and states as follows:

1. He is a partner employed by the law firm of Arnold & Kadjan, Attorneys for Plaintiffs in this lawsuit.

2. In that capacity, he is familiar with the books and records of Arnold & Kadjan as they relate to the instant lawsuit; he has examined those books and records and finds the following legal services have been billed and/or rendered to Plaintiffs herein by Arnold and Kadjan in connection with the instant lawsuit:

| Date | Hours | Amount |
|---|---|---|
| 08/01/07 | 0.50 | 100.00 |
| 09/17/07 | 2.00 | 400.00 |
| 10/04/07 | 2.00 | 400.00 |
| 10/11/07 | 1.00 | 200.00 |
| 10/12/07 | 0.50 | 100.00 |
| 10/18/07 | 0.50 | 200.00 |
| TOTAL ATTORNEYS' FEES | 6.50 | $1,300.00 |

3. In addition, the following costs were incurred in connection with this matter:

| | | |
|---|---|---:|
| 10/22/07 | Filing Fee, US. District Court | 350.00 |
| | TOTAL COSTS: | $350.00 |

4. I certify that the foregoing costs and attorneys' fees, totaling $1,650.00 were necessary and reasonable.

_____
JOHN F. ETZKORN

SUBSCRIBED AND SWORN TO before me this 12th day of Dec., 2007.

_____
Notary Public

```
OFFICIAL SEAL
JAMIE DORGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/06/11
```