IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC. Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| Defendants. | ) ) | Magistrate Judge: Ashman |

## AFFIDAVIT OF PATRICK ZAK

PATRICK ZAK, being first duly sworn, on oath deposes and states as follows:

1. He is the Assistant Administrator of the IBEW Local 701 Fringe Benefit Funds;

2. In that capacity, he is personally familiar with and has personally reviewed all report forms and payments submitted by Defendant REECE ELECTRIC, INC. Illinois Corporation and all amounts which have been assessed by the Funds on REECE ELECTRIC for liquidated damages or late payments pursuant to ERISA and the applicable labor agreements to which REECE ELECTRIC is bound a contributing employer signatory to an agreement with IBEW Local 701;

3. As a result of that review, Zak has determined that REECE ELECTRIC, INC. owes the Funds a delinquency of $161,079.62 consisting of $71,434.99 for unpaid reports May through August 2007, $7,143.50 for liquidated damages and $82,501.13 for accumulated liquidated damages.

4. Affiant suffers from no incapacity and, if called as a witness, can testify competently to each and every allegation contained herein.

_____
Patrick Zak

SUBSCRIBED AND SWORN to before
me this 10 day of Dec, 2007

_____
Notary Public

> JOYCE ROBOTHAM
> OFFICIAL SEAL
> Notary Public, State of Illinois
> My Commission Expires
> March 16, 2008