IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REECE ELECTRIC, INC. Illinois Corporation and LINDA REECE, Individually,<br><br>    Defendants. | No.: 07 C 6169<br><br>Judge: Bucklo<br><br>Magistrate Judge: Ashman |

## NOTICE OF MOTION

TO:

Reece Electric, Inc. an Illinois corporation
c/o Robert V. Borla, its registered agent
6912 Main Street, 2nd Floor
Downers Grove, IL 60516

Linda Reece, individually
124 Byrd Ct.
Clarendon Hills, IL 60515

    PLEASE TAKE NOTICE THAT on Thursday, December 20, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo in Room 1441, or any other Judge sitting in his stead in the Federal District Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Motion for Judgment in Sum Certain.

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

## PROOF OF SERVICE

    I, Barbara Wood, a non-attorney, on oath state that I served this Notice of Motion by having a copy filed with the Clerk of the Court using the CM/ECF system and placing same in an envelope and depositing same in the U.S. Post Office located at Dearborn and Jackson Streets to the above named individuals at their respective addresses on this 12th day of December, 2007, at or before the hour of 5:00 p.m

/s/ Barbara Wood

SUBSCRIBED AND SWORN to before me this 12th day of Dec, 2007.

/s/ Jamie Dorgan
Notary Public

OFFICIAL SEAL
JAMIE DORGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/06/11