**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Trustees of the Pension, Welfare and Vacation Fringe
Benefit Funds of IBEW Local 701

Plaintiff,

v.

Case No.: 1:07−cv−06169

Honorable Elaine E. Bucklo

Reece Electric, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 20, 2007:

MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for default judgment [8] heard and the motion is granted. Accordingly, the court finds defendants in default and judgment is hereby entered in favor of Plaintiffs and against Defendants REECE ELECTRIC, INC. an Illinois Corporation, and LINDA REECE, Individually (L. REECE), jointly and severally, in the amount of $162,729.62. See Order and Memorandum Judgment for details. ; Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.