IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC. Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| | ) | Magistrate Judge: Ashman |
| Defendants. | ) | |

## MEMORANDUM OF JUDGMENT

On December 20, 2007, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, and against Defendant, REECE ELECTRIC, INC. an Illinois Corporation, and LINDA REECE, Individually ("L. REECE"), jointly and severally, in the amount of $162,729.62.

DATED:_____12/20/07_____

ENTER:_____
Honorable Judge Elaine E. Bucklo

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL  60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC. Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| Defendants. | ) ) | Magistrate Judge: Ashman |

### ORDER

THIS CAUSE coming on to be heard on Motion of Plaintiffs for Default and for Judgment in Sum Certain, due notice having been given, and Defendants having been served and having failed to Appear and Answer;

IT IS HEREBY ORDERED:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants REECE ELECTRIC, INC. an Illinois Corporation, and LINDA REECE, Individually ("L. REECE"), jointly and severally, in the amount of $162,729.62; and

2. The judgment amount consists of $162,729.62 consisting of $71,434.99 for unpaid reports May through August 2007, $7,143.50 for liquidated damages and $82,501.13 for accumulated liquidated damages, plus $1,650.00 in attorneys' fees and costs, which is hereby awarded pursuant to the provisions of 29 U.S.C. Section 1132(g)(2).

3. Execution may issue instanter .

DATED:_____12/20/07_____

ENTER:_____*[signature: Elaine E. Bucklo]*_____
Honorable Judge Elaine E. Bucklo

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL  60604
(312) 236-0415