**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.:  07 C 6169 |
| REECE ELECTRIC, INC., an Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge:  Bucklo |
| Defendants. | ) ) | Magistrate Judge: Ashman |

**MOTION FOR RULE TO SHOW CAUSE**

NOW COMES, Plaintiffs and through their attorneys, JOHN F. ETZKORN, of ARNOLD AND KADJAN, and for their Motion for Rule to Show Cause state the following:

1.     On December 23, 2007, Plaintiffs issued a citation to Discover Assets on Linda Reece returnable on January 17, 2008 (Exhibit "A").

2.     Linda Reece failed to appear for the Citation on January 17, 2008.

WHEREFORE, Plaintiffs pray that this Court enter a Rule to Show Cause, returnable on a certain date compelling Linda Reece, Individually and officer of Reece Electric, Inc., to appear in Court and show cause if any she has for failing to appear at the Citation heating on January 17, 2008.

> **TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701**
>
> **By:**     s/ John F. Etzkorn
> **Attorneys for Plaintiff**

John F. Etzkorn
Arnold & Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415