UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE
PENSION WELFARE AND VACATION
OF IBEW 701
         v.                                             Case # 07C 6169
REECE ELECTRIC INC,
LINDA REECE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within   Citation to Discover Assets

   on the within named   Linda Reece, individually and as officer of Reece Electric Inc

   by personally serving a copy to the individual on   1/7/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex  F   race  W   approximate age  50-55   other  blond short hair

   That the place where and the date and time when the above document was served upon the person were as follows:

   place  Residence 124 Byrd Ct, Clarendon Hills IL 60514
   date   1/7/08                    time  6:55 pm

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC., an Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| Defendants. | ) ) | Magistrate Judge: Ashman |

## CITATION TO DISCOVER ASSETS

TO:   LINDA REECE, individually and officer of
      Reece Electric, Inc. an Illinois corporation
      124 Byrd Ct.
      Clarendon Hills, IL  60514

**YOU ARE COMMANDED** to appear in the at the offices of Arnold and Kadjan, 19 W. Jackson Blvd., Suite 300, Chicago, IL 60604, at 2:30 p.m. on Thursday, January 17, 2008, to be examined under oath concerning the property or income of, or indebtedness due Defendant. Judgment was entered against Defendant and for Plaintiffs on December 20, 2007, in the principal amount of $162,729.62. A copy of the Judgment entered by Judge Bucklo was filed with the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendants or indebtedness due them.

**WARNING:** Your failure to appear in Court as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property owned by Defendant or in which they hold any interest whatsoever, information regarding any trust or estate in which Defendants hold any interest whatsoever, records regarding all accounts receivable or amounts due to Defendant for any reason, records regarding all indebtedness of Defendant including documents creating such indebtedness and any related security interests, records regarding stocks, bonds, powers of appointment or insurance policies held by Defendant or of which they are or may be beneficiaries, records regarding all bonds or sureties for wages or performance of all construction projects of Defendant, and records regarding all jewelry, art objects and other personal property owned by Defendants.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendant or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, DEC 2 3 2007 2007

MICHAEL W. DOBBINS

CLERK OF THE COURT

DEPUTY CLERK

### CERTIFICATE OF ATTORNEY

1. Judgment in the amount of $62,729.62
2. Name of Court: United States District Court for the Northern District of Illinois, Eastern Division.
3. Case No. 07 CV 6169

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

s/ John F. Etzkorn
By:   One of Plaintiffs' Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
19 west Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

2

Case 1:07-cv-06169     Document 14-2     Filed 03/17/2008     Page 4 of 6
Case 1:07-cv-06169     Document 13      Filed 03/07/2008     Page 4 of 6
Case 1:07-cv-06169     Document 11      Filed 12/20/2007     Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701,<br><br>Plaintiffs,<br><br>vs.<br><br>REECE ELECTRIC, INC. Illinois Corporation and LINDA REECE, Individually,<br><br>Defendants. | No.: 07 C 6169<br><br>Judge: Bucklo<br><br>Magistrate Judge: Ashman |

## ORDER

THIS CAUSE coming on to be heard on Motion of Plaintiffs for Default and for Judgment in Sum Certain, due notice having been given, and Defendants having been served and having failed to Appear and Answer;

IT IS HEREBY ORDERED:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants REECE ELECTRIC, INC. an Illinois Corporation, and LINDA REECE, Individually ("L. REECE"), jointly and severally, in the amount of $162,729.62; and

2. The judgment amount consists of $162,729.62 consisting of $71,434.99 for unpaid reports May through August 2007, $7,143.50 for liquidated damages and $82,501.13 for accumulated liquidated damages, plus $1,650.00 in attorneys' fees and costs, which is hereby awarded pursuant to the provisions of 29 U.S.C. Section 1132(g)(2).

3. Execution may issue instanter .

Case 1:07-cv-06169   Document 14-2   Filed 03/17/2008   Page 5 of 6
Case 1:07-cv-06169   Document 13   Filed 03/07/2008   Page 5 of 6
Case 1:07-cv-06169   Document 11   Filed 12/20/2007   Page 3 of 3

DATED: 12/20/07

ENTER: *Elaine E. Bucklo*

Honorable Judge Elaine E. Bucklo

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

Case 1:07-cv-06169   Document 14-2   Filed 03/17/2008   Page 6 of 6
Case 1:07-cv-06169   Document 13      Filed 03/07/2008   Page 6 of 6
Case 1:07-cv-06169   Document 10      Filed 12/20/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Trustees of the Pension, Welfare and Vacation Fringe
Benefit Funds of IBEW Local 701

                          Plaintiff,

v.                                        Case No.:
                                        1:07−cv−06169
                                        Honorable Elaine E.
                                        Bucklo

Reece Electric, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for default judgment [8] heard and the motion is granted. Accordingly, the court finds defendants in default and judgment is hereby entered in favor of Plaintiffs and against Defendants REECE ELECTRIC, INC. an Illinois Corporation, and LINDA REECE, Individually (L. REECE), jointly and severally, in the amount of $162,729.62. See Order and Memorandum Judgment for details. ; Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.