IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC., an Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| Defendants. | ) ) | Magistrate Judge: Ashman |

## NOTICE OF MOTION

TO:   LINDA REECE, individually and officer of
Reece Electric, Inc. an Illinois corporation
124 Byrd Ct.
Clarendon Hills, IL 60514

**PLEASE TAKE NOTICE** that on **Tuesday, March 25, 2008** at **9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Bucklo, Room 1441** the Courtroom usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Rule to Show Cause.

> TRUSTEES OF THE PENSION, WELFARE
> AND VACATION FRINGE BENEFIT FUNDS
> OF IBEW LOCAL 701
>
> **By:**   s/ John F. Etzkorn
> **Attorneys for Plaintiff**

John F. Etzkorn
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I, Barbara Wood, a non-attorney, on oath state that I served this Notice by electronically filed the attached, Motion for Rule to Show Cause and Notice of Motion, with the Clerk of the Court using the CM/ECF system and sending a copy to the above named individual at their respective address by placing same in an envelope and depositing same in the U.S. Post Office located at Dearborn and Jackson Streets on this 17th day of March, 2008, at or before the hour of 5:00 p.m..

*Barbara Wood*

SUBSCRIBED AND SWORN to before me
this 17th day of March, 2008

__*Jamie Dorgan*__
Notary Public

OFFICIAL SEAL
JAMIE DORGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/06/11