UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trustees of the Pension, Welfare and Vacation Fringe
Benefit Funds of IBEW Local 701
                                              Plaintiff,
v.                                            Case No.: 1:07−cv−06169
                                              Honorable Elaine E. Bucklo

Reece Electric, Inc., et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiffs' motion for RULE to show cause[14] heard and the motion is granted. Accordingly, Show Cause Hearing set for 4/25/2008 at 09:30 AM. at which time Linda Reece shall appear in court to show cause why she should not be held in contempt of court for failure to comply with plaintiffs' citation to discovery assets.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.