IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC., an Illinois Corporation and LINDA REECE, Individually, | ) ) ) | Judge: Bucklo |
| | ) | Magistrate Judge: Ashman |
| Defendants. | ) | |

### DRAFT ORDER

**THIS CAUSE** coming on to be heard on Plaintiff's Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1.  Defendant LINDA REECE, as Officer of REECE ELECTRIC, INC., shall personally appear before this Court on Friday, April 25, 2008, at 9:30 a.m. in Courtroom 1441 of the U. S. Courthouse, 219 S. Dearborn St., Chicago, IL.

2.  At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why Defendant should not be held in contempt of this Court for her failure to appear pursuant to the Citation To Discover Assets served on REECE ELECTRIC, INC. Defendant which required her to appear on January 17, 2008 at 2:30 p.m.

DATED: 4/4/08

ENTER: *[signature: Elaine E. Bucklo]*

Honorable Judge Elaine E. Bucklo

JOHN F. ETZKORN
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

1