IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No.: 07 C 6169 |
| REECE ELECTRIC, INC., an Illinois Corporation and LINDA REECE, Individually, ) ) ) | Judge: Bucklo |
| Defendants. ) ) | Magistrate Judge: Ashman |

### DRAFT ORDER

**THIS CAUSE** coming on to be heard on Plaintiff's Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1.  Defendant LINDA REECE, as Officer of REECE ELECTRIC, INC., and not individually, shall appear before this Court on May, 23, 2008, at 10:00 a.m. in Courtroom 1441 of the U. S. Courthouse, 219 S. Dearborn St., Chicago, IL.

2.  At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why Defendant, as such Officer, and Reece Electric, Inc. should not be held in contempt of this Court for failure to appear pursuant to the Citation To Discover Assets served on REECE ELECTRIC, INC. which required Defendant to appear as such Officer on January 17, 2008 at 2:30 p.m.

DATED:4/25/08

ENTER: _/s/ Elaine E. Bucklo_

Honorable Judge Elaine E. Bucklo

JOHN F. ETZKORN
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415