## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Trustees of the Pension, Welfare and Vacation Fringe
Benefit Funds of IBEW Local 701

                Plaintiff,

v.                                   Case No.: 1:07−cv−06169

                                  Honorable Elaine E. Bucklo

Reece Electric, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Show cause hearing held on 5/23/2008 and continued to 6/18/2008 at 10:00 AM. at which time Linda Reece, as officer of Reece Electric Inc., shall appear.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.