**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Trustees of the Pension, Welfare and Vacation Fringe
Benefit Funds of IBEW Local 701

Plaintiff,

v.                                                     Case No.:
                                                       1:07–cv–06169
                                                       Honorable Elaine E.
                                                       Bucklo

Reece Electric, Inc., et al.

                                                       Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Show cause hearing held
on 8/28/2008 and continued to 9/26/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.